UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| BRIAN MATTHEWS, et al., | : | CIVIL ACTION NO. 06-3034 (MLC) |
| Plaintiffs, | : | **MEMORANDUM OPINION** |
| v. | : |  |
| CAPITAL BLUECROSS, et al., | : |  |
| Defendants. | : |  |

**THE PLAINTIFFS** advising the Court "that the above captioned matter has been settled" (8-15-06 Letter of Anthony J. Danzo); and the defendants confirming same in a telephone call with Chambers (8-16-06 Call with William Ryan); and thus the Court intending to (1) deny the plaintiffs' motion to remand the action (dkt. entry no. 6) without prejudice, and (2) dismiss the complaint (a) without costs and (b) without prejudice to reopen the action on good cause shown within 60 days if the settlement is not consummated; and for good cause appearing, the Court will issue an appropriate order and judgment.

  s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge